IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AARON RABAH, individually and on
Behalf of all other similarly situated**                                         **PLAINTIFF**

V.                                            3:21CV00235 JM

**DOORDASH, INC.**                                                               **DEFENDANT**

## ORDER

The joint motion to compel arbitration is GRANTED, and this action is STAYED pending arbitration. (Doc. 6)

It is so ordered this 15th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge