IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AARON RABAH                                                                                      PLAINTIFF

V.                                          3:21CV00235 JM

DOORDASH INC.                                                                                  DEFENDANT

**ORDER**

  Plaintiff's attorney filed a Motion to Withdraw as counsel for Plaintiff on March 30, 2022. The Court granted the motion and ordered Plaintiff to either advise the Court within twenty (20) days that he intended to represent himself in the case or have a new attorney enter an appearance on his behalf. The Court ordered the Clerk to send a copy of the Order to Plaintiff at his last known address. Plaintiff has failed to notify the Court that he will represent himself in this matter and new counsel has not entered an appearance on his behalf.

  For this reason, the case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.").

  The Clerk is directed to close the case.

  IT IS SO ORDERED this 18th day of June, 2024.

_____
James M. Moody Jr.
United States District Judge